FHT:tc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

98-0684 CR-DAVIS

MAGISTRATE JUDGE
DUBÉ

| UNITED STATES OF AMERICA | ) | CASE NO. _____ |
| --- | --- | --- |
| | ) | 18 USC 922(a)(6) |
| | ) | 18 USC 922(g)(1) |
| v. | ) | 18 USC 922(g)(5) |
| | ) | 18 USC 924(a)(2) |
| THOMAS KNOTT | ) | |
| | ) | INDICTMENT |

The Grand Jury charges that:

## COUNT I

On or about October 21, 1997, at Miami-Dade County, in the Southern District of Florida, the defendant,

THOMAS KNOTT,

in connection with the acquisition of a firearm, that is, a Mossberg 12 gauge shotgun, from the Sports Authority, a licensed firearms dealer, did knowingly make false and fictitious written statements to the dealer, which statements were intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the sale of the firearm under the provisions of Chapter 44, Title 18, United States Code, in that the defendant stated in Bureau of Alcohol, Tobacco and Firearms Form 4473 that he had not been convicted of a crime punishable by imprisonment for a term execeeding one year, and that he was not an alien illegally in the United States, when in truth and in fact, and as the defendant then knew, he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and was an alien unlawfully in the United States; all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT II

On or about October 24, 1997, at Miami-Dade County, in the Southern District of Florida, the defendant,

THOMAS KNOTT,

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly receive a firearm, that is, a Mossberg 12 gauge shotgun, which firearm had been shipped and transported in interstate commerce into the State of Florida; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT III

On or about October 20, 1997, at Miami-Dade County, in the Southern District of Florida, the defendant,

THOMAS KNOTT,

in connection with the acquisition of a firearm, that is, a Smith and Wesson .22 caliber pistol, from the Sports Authority, a licensed firearms dealer, did knowingly make false and fictitious written statements to the dealer, which statements were intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the sale of the firearm under the provisions of Chapter 44, Title 18, United States Code, in that the defendant stated in Bureau of Alcohol, Tobacco and Firearms Form 4473 that he had not been convicted of a crime punishable by imprisonment for a term exceeding one year, and that he was not an alien illegally in the United States, when in truth and in fact, and as the defendant then knew, he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and was an alien unlawfully in the United States; all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT IV

On or about October 24, 1997, at Miami-Dade County, in the Southern District of Florida, the defendant,

THOMAS KNOTT,

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly receive a firearm, that is, a Smith and Wesson .22 caliber pistol, which firearm had been shipped and transported in interstate commerce into the State of Florida; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT V

On or about October 24, 1997, at Miami-Dade County, in the Southern District of Florida, the defendant,

THOMAS KNOTT,

being an alien unlawfully in the United States, possessed firearms in or affecting interstate commerce, that is, a Mossberg 12 gauge shotgun and a Smith and Wesson .22 caliber pistol; in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2).

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
FRANK H. TAMEN
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 98-0684-CR-DAVIS

MAGISTRATE JUDGE
DUBE

v.

**CERTIFICATE OF TRIAL ATTORNEY***

THOMAS KNOTT

**Related Case Information:**
SUPERSEDING           Yes ___   No _X_
New Defendant(s)      Yes ___   No _X_
Number of New Defendants ___
Total number of counts ___

**Court Division:** (Select One)

_X_ Miami    ___ Key West
___ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No)        ___NO___
   List language and/or dialect

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                      (Check only one)

   I    0 to 5 days      _X_       Petty       ___
   II   6 to 10 days     ___       Minor       ___
   III  11 to 20 days    ___       Misdem.     ___
   IV   21 to 60 days    ___       Felony      _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)    _NO_
   If yes:

   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

7. Has a complaint been filed in this matter? (Yes or No) __NO__
   If yes:

   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   De6/22/98(s) in state custody as of _____
   Rule 20 from the _____   District of _____

8. This case originated in the U.S. Attorney's office prior to August 16, 1985
   (Yes or No)         ___No___

   *Frank H. Tamen* (signature)

   FRANK H. TAMEN
   ASSISTANT UNITED STATES ATTORNEY
   Florida Bar No. 261289

*Penalty Sheet(s) attached

REV.12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

98-0684 CR-DAVIS

PENALTY SHEET

MAGISTRATE JUDGE
DUBÉ

Defendant Name: THOMAS KNOTT            Case No. _____

Count #: 1

    18 USC §922(a)(6)

*Max. Penalty: 10 years imprisonment; $250,000 fine
=============================================================
Count #: 2

    18 USC §922(g)(1)


*Max. Penalty: 10 years imprisonment; $250,000 fine
=============================================================
Count #: 3

    18 USC §922(a)(6)


*Max. Penalty: 10 years imprisonment; $250,000 fine
=============================================================
Count #: 4

    18 USC §922(g)(1)


*Max. Penalty: 10 years imprisonment; $250,000 fine
=============================================================
Count #: 5

    18 USC §922(g)(5)


*Max. Penalty: 10 years imprisonment; $250,000 fine
=============================================================
   *Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.